UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Petitioner, | ) ) ) | |
| v. | ) | 11-cv-208-PB |
| JOHN M. PARENTEAU, | ) ) ) | |
| Respondent. | ) ) | |

ORDER ENFORCING IRS SUMMONS AND WITHDRAWING
PENDING BENCH WARRANT

Upon the United States' motion, dated June 29, 2011, it is ordered that:

1. The bench warrant issued June 17, 2011, for the arrest of John M. Parenteau is hereby withdrawn.

2. John M. Parenteau is ordered to appear at the IRS Office, 80 Daniel Street, Portsmouth, New Hampshire, at 9:00 am on July 27, 2011, to provide the documentation and information required by the IRS summons issued to him on June 30, 2010.

3. A copy of this order and the underlying motion will be served on Mr. Parenteau in accordance with Fed. R. Civ. P. 4.

July 6, 2011             /s/ Paul J. Barbadoro
    Date                 Paul J. Barbadoro
                         United States District Court Judge